IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Siddiqui, Sumaira | Case Number: 07 B 24309 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 12/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: May 22, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 800.00 |
| Totals: | 800.00 | 800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 2. | Discover Financial Services | Unsecured | 10,022.42 | 0.00 |
| 3. | Wells Fargo | Unsecured | 9,469.32 | 0.00 |
| 4. | Fifth Third Bank | Unsecured | 6,897.46 | 0.00 |
| 5. | Wells Fargo | Unsecured | 8,604.04 | 0.00 |
| 6. | American Express | Unsecured | 4,447.37 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 3,333.88 | 0.00 |
| 8. | Donald L Newman & Associates | Unsecured | 97,833.00 | 0.00 |
| 9. | Washington Mutual | Unsecured | 24,807.94 | 0.00 |
| 10. | Dick's Sporting Goods | Unsecured | | No Claim Filed |
| 11. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 12. | Washington Mutual | Unsecured | | No Claim Filed |
| 13. | Sears | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 165,415.43 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Siddiqui, Sumaira | Case Number:  07 B 24309 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/29/08 | Filed:  12/27/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

